# EXHIBIT B



U.S. Department Labor
Employment and Training Administration

OMB Control No. 1205-0134 Expiration
Date: March 31, 2019

**Agricultural and Food Processing Clearance Order ETA Form 790**
**Orden de Empleo para Obreros/Trabajadores Agrícolas y Procesamiento de Alimentos**

(Print or type in each field block – To include additional information, go to block # 28 – Please follow Step-By-Step Instructions)
(Favor de usar letra de molde en la solicitud – Para incluir información adicional vea el punto # 28 – Favor de seguir las instrucciones paso-a-paso)

| | |
|---|---|
| 1. Employer's and/or Agent's Name and Address (Number, Street, City, State and Zip Code / Nombre y Dirección del Empleador/Patrón y/o Agente (Número, Calle, Ciudad, Estado y Código Postal): <br> Agent: GM International Consultants <br> 5195 Jimmy Carter Blvd. Suite 202 <br> Norcross GA, 30093 <br><br> Employer: Shiloh Berry Farms, Inc. <br> 150 Montana Lane, Alma, Ga. 31510 <br><br> a) Federal Employer Identification Number (FEIN) / Número federal de Identificación del Empleado ▓ <br> b) Telephone Number / Número de Teléfono: 912-632-0369 <br> c) Fax Number / Número de Fax:912-632-0369 <br><br> d) E-mail Address / Dirección de Correo Electrónico: | **Nos. 4 through 8 for STATE USE ONLY / Números 4 a 8 para USO ESTATAL** <br><br> 4. SOC (O*NET/OES) Occupational Code / Código Industrial: **45-2092.02**    5.Job Order No. / Num. de Orden de Empleo: <br> a. SOC (ONET/OES) Occupational Title / Título Ocupacional Farmworkers & Laborers    **965286154** <br><br> 6. Address of Order Holding Office (inclu...) de la Oficina donde se radicó la oferta (i... 148 A. Y. Int'l Blvd. #450, Atlanta, GA 30303 <br><br> a. Name of Local Office Representative (include direct dial telephone number / Nombre del Representante de l... de teléfono de su línea directa). Agriculture Services 404-232-3500 |
| 2. Address and Directions to Work Site / Domicilio y Direcciones al lugar de trabajo: 128-100 Tobacco Lane, Alma Ga. 31510 <br> 3137 Beulah Church Rd. Alma Ga. 31510, Bunton Rd. Alma, Ga. 31510 Millbranch Rd. Alma, Ga. 31510 <br><br> Tobacco Lane- Turn left going west on Hwy. #32 to Market St., then go to Meadow Rd and turn right, then turn right at 4 mobile homes and the fields will be behind them. <br> Beulah Church farm#1- Go US highway#1 for about 6 miles, turn left on Plant Rd., go to a dead end, then turn right on Bayberry Rd. that will take you into Millbranch Rd., the fields will be on the right. <br> Bunton Rd Farm is ¼ mile from Beulah Church Rd. farm #1. <br> Beulah Church Farm #2 -Keep going on Millbranch Rd. to the hwy. which will be Beulah Church Rd. Take a left and go approximately ½ mile past Peacock Rd. on the right. Then turn on the 2 Lane rd. to the right, and follow it to the blueberry fields on the right side. | 7. Clearance Order Issue Date / Fecha de Emisión de la Orden de Empleo: **1-9-17** <br><br> 8. Job Order Expiration Date / Fecha de Vencimiento o Expiración de la Orden de Empleo: **4-15-17** <br><br> 9. Anticipated Period of Employment / Período anticipado o previsto de Empleo: <br> From / Desde: 03/15/2017   To / Hasta: 06/15/2017 <br><br> 10. Number of Workers Requested / Número de Trabajadores Solicitados: **148** |
| 3. Address and Directions to Housing / Domicilio y Direcciones al lugar de vivienda: 120 Dakota Lane, Alma Ga. 31510 <br> Go South on U.S. hwy. #1 to Mimosa Rd. and turn left, then go ¼ mile and Dakota Lane is on the left. <br> 125 Caribbean Rd. Alma Ga. 31510 <br> Go West on Hwy #32 until you get to Industrial Drive, then turn right. After the 4 lane turns into 2 lanes the gate will be on the left to Caribbean Rd. <br><br> a) Description of Housing / Descripción de la vivienda <br> 120 Dakota Lane- 3 mobile double wide units 1, 2, &5. <br> Caribbean Rd.- 2 barracks, Units A&B metal/vinyl buildings with tin roofs. | 11. Anticipated Hours of Work per Week / Horas Anticipadas/Previstas de Trabajo por Semana. Total: 35 <br><br> Sunday / Domingo_____   Thursday /Jueves__7__ <br> Monday / Lunes __7__   Friday / Viernes___7__ <br> Tuesday / Martes __7__   Saturday / Sábado _7_ <br> Wednesday / Miércoles___7__ <br><br> 12. Anticipated range of hours for different seasonal activities: / Rango previsto de horas par alas diferentes actividades de la temporada: <br> Possible weekly/daily hours: 35-60+; 8:00 am-4:30 pm. <br><br> 13. Collect Calls Accepted from: / Aceptan Llamadas por Cobrar de: <br> Employer / Empleador: Yes / Sí **No X** |

RECEIVED
Georgia Dept of Labor
DEC 30 2016
Alien Labor Certification
Workforce Solutions

14. Describe how the employer intends to provide either 3 meals a day to each worker or furnish free and convenient cooking and kitchen facilities for workers to prepare meals / Describa cómo el empleador tiene la intención de ofrecer, ya sea 3 comidas al día a cada trabajador, o proporcionar gratuitamente instalaciones para cocinar.

__ Workers will be provided with 3 meals a day or _X_ employer will furnish free and convenient cooking and kitchen facilities to workers to prepare their own meals, if the charge for meals provided by the employer is _NA_

15. Referral Instructions and Hiring Information / Instrucciones sobre cómo Referir Candidatos/Solicitantes - (Explain how applicants are to be hired or referred, and theEmployer's/Agent's available hour to interview workers / Explique cómo los candidatos serán contratados o referidos, y las horas disponibles del empleador/agente paraentrevistar a los trabajadores). See instructions for more details / Vea las instrucciones para más detalles. Job Services offices or other organizations making referrals should insure that all applicants are thoroughly familiarized with the job specifications and terms and conditions of employment before a referral is made. Applicants should be directed to the CareerLink office at the address and telephone number listed in job order. Only workers meeting all the qualifications for employment who are able (with or without reasonable accommodations), willing and qualified to perform the work, who are eligible for employment in the United States, and who will be available at the time and placed needed, should contact, or be referred to Mr. Wade on Mondays between 8AM and 1 1 AM by phone (912) 632-0369 on Tuesdays from 8:00AM – 12:00PM

Applicants will be accepted from all sources. Only applicants that meet all the qualifications on the job order should be referred by the SWA, including availability to work the whole contract, work in inclement weather (rain, heat, cold)

The SWA is asked to provide all referrals with copy of the clearance order and the attached application, or at a minimum a summary of worker's conditions and other specifications.

The employer will provide each worker with a copy of the ETA 790 including any approved modification, in English and Spanish, as Documentation of identity and employment authorization sufficient to complete an 1-9 Form as required by the Immigration Reform and Control Act must be in the possession of the worker at the time the worker reports for work and will be examined, to the extent permitted by law, by the employer as a condition for completing the hiring process. Referring local offices should fully apprise workers of this requirement and how to fulfill it, and help to assure that workers referred on this order are legally entitled for work in the United States and possess the necessary documents to complete an 1-9 Form required in 20 CFR 655.125(g)

Attached applications can be faxed to Shiloh Berry Farms, Inc. (912) 632-0369 on Tuesdays from 8:00 to noon.

16. Job description and requirements / Descripción y requisitos del trabajo: Must be available for entire period specified on job order /ad, Alma, Bacon County Ga, possible weekly/daily hrs:35-60+;8am-4:30pm. Possible weekend, holiday. Work outdoors; weather may fluctuate hours, (+/-) possible down times. Field work at assigned times, berries cannot be picked wet, must be dry. Berries are picked according to ripeness /firmness. Pick berries, put into 1-gal dry bucket, carry to trailer to weigh. Pick berries place in buckets carefully & other related activities per SOC/OES45-2092as per onetonline.org. May carry, handle, move, manipulate materials. Hygiene must be observed, wash hands with soap/water, dry completely before & after breaks re-entering fields. Clean areas, weeding, hedging, housing, fields, trailers, & other work areas. May work according to season task, ¾ guarantee of workdays in contract. Tools provided at no cost to worker. Dependable, reliable, attention to detail, complete tasks required. Must practice self-control, and avoid aggressive behavior. Required good hand/eye coordination to quality pick. No smoking, chewing tobacco, alcohol on premises, no cell phone use during work hrs. Housing provided any worker (US/foreign) can't reasonably return to own residence daily. $10.59/hr. piece rate may apply: $.50/lb. will not result in less earnings of hourly rate at the end of pay period. Worker will be paid appropriate hourly rate as well. Must be 18 years of age. Drug, alcohol free work zone. Must show proof of legal authority to work in the U.S. ,3 months verifiable experience picking berries is required to apply.

1. Is previous work experience preferred? / Se prefiere previa experiencia? X Yes / Si No If yes, number of months preferred: / Si es así, numero demeses de experiencia: _3 months of experience_

2. Check all requirements that apply:

__Certification/License Requirements / Certificación/Licencia Requisitos
__Driver Requirements / Requisitos del conductor
__Employer Will Train / Empleador entrenará o adiestrará
_X_ Extensive Sitting / Estar sentado largos ratos
_X_ Exposure to Extreme Temp. / Expuesto a Temperaturas Extremas
_X_ Lifting requirement / Levantar o Cargar __30__ lbs. /libras
_X_ Repetitive Movements / Movimientos repetitivos

__ Criminal Background Check / Verificación de antecedentes penales
___ Drug Screen / Detección de Drogas
_X_ Extensive Pushing and Pulling / Empujar y Jalar Extensamente
_X_ Extensive Walking / Caminar por largos ratos
_X_ Frequent Stooping / Inclinándose o agachándose con frecuencia
    OT/Holiday is not mandatory / Horas Extras (sobre tiempo) / Días Feriados no obligatorio

| 17. Wage Rates, Special Pay Information and Deductions / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Crop Activities Blueberries | Hourly Wage/ $10.62 | Piece Rate / Unit(s) $.50 lb | Special Pay (Bonus, etc) | Deductions* | Yes/ Sí | No | Pay Period / |
| Cultivos Arandonas/Blueberries | Salario por Hora $10.62 | Pago por Pieza / Unidad(es) $.50 lb/libra | Pagos Especiales (Bono, etc.) | Deducciones | | | Período de Pago |
| | | | | Social Security / Seguro Social | X | | Weekly / Semanal |
| | | | | Federal Tax / Impuestos Federales | X | | X Friday |
| | $ | $ | | Statel Tax / Impuestos Estadales | X | | Bi-weekly/ Quincenal |
| | $ | $ | | Meals / Comidas | | X | |
| | $ | $ | | Other (specify) / Otro (especifica) | | X | Monthly/Mensual |
| | | | | | | | Other/Otro |

18. More Details About the Pay / Mas Detalles Sobre el Pago:
Wage(s) is the highest of the AEWR, the prevailing hourly or piece rate, the agreed-upon collective bargaining wage, or the Federal or State minimum wage. Wage is not based on commission, bonuses, or other incentives
Employer will make all deductions from the worker's paycheck required by law and any deduction approved by worker. Employer will provide U.S. workers the number of hours of work identified on the job order (item #11) for the week beginning with the anticipated start date of need (item #9), unless an amendment to the start date is approved
First Work Week Guarantee. Employer offer the worker employment for a total number of work hours equal to at least three-fourths of the workdays of the total work contract period
Earnings Records and Statements. Employer will furnish the worker on or before each payday writing hours and earnings statements meeting the regulatory requirements at 20 CFR 655.122(k)
All earnings records and statements will be available for inspection or transcription by the Secretary or a duly authorized and designated representative, and by the worker and representatives designated by the worker. Variable weather/crop conditions may apply; hours may fluctuate (+/-), possible downtime and/or extended hours.

19. Transportation Arrangements / Arreglos de Transportación
Reimbursement for inbound transportation and subsistence costs from the place the worker has come to work, whether in the U.S. or abroad, to the place of employment will be paid to the worker upon completion of 50% of work contract period. Transportation/daily subsistence reimbursed @ 12.09 to a maximum of $51.00 per day with receipts for costs incurred for reporting to worksite with corresponding pay stub, if the worker completes half the employment period.
Transportation between housing and worksite will be provided daily at no cost to the worker
Outbound transportation and subsistence will be provided /paid by the employer where the worker completes the work contract period, or is terminated without cause, and no subsequent H-2A employment is available. DHS, will relieve employer for subsequent transport & subsistence costs & the 3/4 guarantee as defined: 20 CFR 655.122(n).
Transportation between housing and work site will be provided daily at no cost to worker.

20. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, and/or pay workers for this (these) crop activity (ies)? / ¿Es la práctica habitual usar Contratistas de Trabajo Agrícola para reclutar, supervisar, transportar, dar vivienda, y/o pagarle a los trabajadores para este(os) tipo(s) de cosecha(s)? Yes / Sí **X No**
If you have checked yes, what is the FLC wage for each activity? / Si contesto "Sí," cuál es el salario que le paga al Contratista de Trabajo Agrícola por cada actividad?

21. Are workers covered for Unemployment Insurance? / ¿Se le proporcionan Seguro de Desempleo a los trabajadores?          __ Yes/Sí X̲ No

22. Are workers covered by workers' compensation? / ¿Se le provee seguro de compensación/indemnización al trabajador:        X  Yes/SiNo

23. Are tools, supplies, and equipment provided at no charge to the workers? / ¿Se les proveen herramientas y equipos sin costo alguno a los
trabajadores?                                                                                                                                 X      Yes/SiNo

24. List any arrangements which have been made with establishment owners or agents for the payment of a commission or other benefits for sales
made to workers. (If there are no such arrangements, enter "None".) / Enumere todos los acuerdos o convenios hechos con los propietarios del
establecimiento o sus agentes para el pago de una comisión u otros beneficios por ventas hechas a los trabajadores. (Si no hay ningún acuerdo o
convenio, indique "Ninguno".)
   None/Ninguno

25. List any strike, work stoppage, slowdown, or interruption of operation by the employees at the place where the workers will be employed. (If there are
no such incidents, enter "
"None".) / Enumere toda huelga, paro o interrupción de operaciones de trabajo por parte de los empleados en el lugar de empleo. (Si no hay incidentes
de este tipo, indique "Ninguno".)
   None/Ninguno

26. Is this job order to be placed in connection with a future Application for Temporary Employment Certification for H–2A workers? / ¿Esta orden de
empleo ha sido puesta en conexión con una solicd de certificación de empleo temporal para trabajadores H-2A?

   x  Yes/Si ___No___

27. Employer's Certification: This job order describes the actual terms and conditions of the employment being offered by me and contains all the
material terms and conditions of the job. / Certificación del Empleador: Esta orden de trabajo describe los términos y condiciones del empleo que se le
ofrece, y contiene todos los términos y condiciones materiales ofrecidos.

Employer's Printed Name & Title / Nombre y Título en Letra de Molde/Imprenta del Empleador

Wesley Shane Wade – owner/operator

_(signature)_          12/28/16
Employer's Signature / Firma y Título del Empleador Date / Fecha

READ CAREFULLY, in view of the statutorily established basic function of the Employment Service as a no-fee labor exchange, that is, as a forum for
bringing together employers and job seekers, neither the Employment and Training Administration (ETA) nor the State agencies are guarantors of the
accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the
American Job Center constitute a contractual job offer to which the American Job Center, ETA or a State agency is in any way a party.

LEA CON CUIDADO, En vista de la función básica del Servicio de Empleo establecida por ley, como una entidad de intercambio laboral sin comisiones,
es decir, como un foro para reunir a los empleadores y los solicitantes de empleo, ni ETA ni las agencias del estado pueden garantizar la exactitud o
veracidad de la información contenida en las órdenes de trabajo sometidas por los empleadores. Ni ninguna orden de trabajo aceptado o contratado en
el Centro de Carreras (American Job Center) constituyen una oferta de trabajo contractuales a las que el American Job Center, ETA o un organismo
estatal es de ninguna manera una de las partes.

PUBLIC BURDEN STATEMENT
The public reporting burden for responding to ETA Form 790, which is required to obtain or retain benefits (44 USC 3501), is estimated to be
approximately 60 minutes per response, including time for reviewing instructions, searching existing data sources, gathering, and reviewing the
collection. The public need not respond to this collection of information unless it displays a currently valid OMB Control Number. This is public
information and there is no expectation of confidentiality. Send comments regarding this burden estimate or any other aspect of this collection, including
suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room
C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.
DECLARACION DE CARGA PÚBLICA
La carga de información pública para responder a la Forma ETA 790, que se requiere para obtener o retener beneficios (44 USC 3501), se estima en
aproximadamente 60 minutos por respuesta, incluyendo el tiempo para revisar las instrucciones, buscar fuentes de datos existentes, recopilar y revisar
la colección. El público no tiene por qué responder a esta recopilación de información a menos que muestre un número de control OMB válido. Esta
información es pública y no hay ninguna expectativa de confidencialidad. Envíe sus comentarios acerca de esta carga o cualquier otro aspecto de esta
colección, incluyendo sugerencias para reducir esta carga, al U.S. Department of Labor, Employment and Training Administration, Office of Workforce
Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

28. Use this section to provide additional supporting information (including section Box number). Include attachments, if necessary. / Utilice esta sección
para proporcionar información adicional de apoyo; incluya el numero de la sección e incluya archivos adjuntos, si es necesario.
Worksite locations

**Tools and Equipment**
Employer will provide tools and equipment to perform job free of charge to the worker

**Workers Compensation**
Employer will provide workers' compensation in compliance with State law covering injury and disease arising out of and in the course of employment

**Abandonment or termination for cause**
Employer will provide timely notification to the NPC and DHS, of workers who voluntarily abandon employment or are terminated for cause. This notification relieves the employer for subsequent transportation and subsistence costs and the 3/4th guarantee

**Contract impossibility**
Employer may terminate the work contract where services are no longer required for reasons beyond the employer's control due to fire, weather, or other Act of God, in this case the 3/4th guarantee will be provided between the start and termination dates, employer will make efforts to transfer the worker to other comparable work acceptable to the worker, and, if transfer is not viable, provide outbound transportation and subsistence in accordance with 20 CFR 655.122(o) and 655.122(o)

**Disclosure of work contract**
Employer will give worker a copy of the work contract, including any approved modifications, on the day work commences or as soon as practically possible in a language understood by the worker.

**Farm Labor Contractor (FLC) license**
Employer, if acting as a FLC or FLCE on the order, possesses a valid FLC license and will renew if necessary according Wage and Hour regulations

The employer and its agents have not sought or received payment of any kind from the H-2A worker for any activity related to obtaining labor certification, including payment of the employer's attorneys' fees, application fees, or recruitment costs, including, but is not limited to, monetary payments, wage concessions (including deductions from wages, salary, or benefits), kickbacks, bribes, tributes, in kind payments, and free labor.

The employer has and will contractually forbid any foreign labor contractor or recruiter whom the employer engages in international recruitment of H-2A workers to seek or receive payments from prospective employees, except as provided for in DHS regulations.

## INTRASTATE AND INTERSTATE CLEARANCE ORDER ASSURANCES
## GARANTÍAS DE LA ORDEN INTRAESTATAL E INTERESTATAL

The employer agrees to provide to workers referred through the clearance system the number of hours of work per week cited in Item 11 of the clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 working days prior to the original date of need by so notifying the Order-Holding Office (OHO). If the employer fails to notify the OHO at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the intrastate/interstate clearance system the specified hourly rate or pay, or in the absence of a specified hourly rate or pay, the higher of the Federal or State minimum wage rate for the first week starting with the original anticipated date of need. The employer may require workers to perform alternative work if the guarantee is invoked and if such alternative work is stated on the job order.
El empleador se compromete a proporcionar a los trabajadores referidos a través  del sistema de ordenes interestatal e interestatal el número de horas de trabajo por semana citados en el punto 11 de la orden de trabajo para la semana que comienza con la fecha prevista de la necesidad, a menos que el empleador ha modificado la fecha de la necesidad al menos 10 días laborables antes de la fecha original de la necesidad mediante notificación a la Oficina que tiene la orden  (Order-Holding Office OHO). Si el empleador no notifica la OHO al menos 10 días laborables antes de la fecha original de la necesidad, el empleador deberá pagar a los trabajadores elegibles contemplados a través del sistema de interestatal e interestatal el pago por hora especificada, o en ausencia una determinada tarifa por hora o la remuneración, el mas alto entre salario mínimo   Federal o Estatal, la primera semana a partir de la fecha prevista original de necesidad. El empleador puede exigir a los trabajadores a realizar trabajos alternativos si la garantía se invoca y si esos trabajos alternativos está n indicado en la orden de trabajo.

The employer agrees that no extension of employment beyond the period of employment shown on the job order will relieve the employer from paying the wages already earned, or specified in the job order as a term of employment, providing transportation or paying transportation expenses to the worker's home or point of recruitment.
El empleador acepta que ninguna extensión del empleo más allá del período de empleo indicada en la orden de trabajo aliviará el empleador de pagar los salarios ya devengados o el especificado en la orden de trabajo como una condición de empleo, y de proporcionar transporte o pagar los gastos de transporte de retorno para el hogar del trabajador o el punto de reclutamiento.

The employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration and other employment-related laws.
El empleador asegura que todas las condiciones de trabajo cumplen con la legislación federal y estatal de salario mínimo, trabajo infantil, seguridad social, salud y seguridad, registro de contratista de trabajo agrícola, y otras leyes relacionadas con el empleo.

The employer agrees to expeditiously notify the OHO or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over recruitment, or other factors have changed the terms and conditions of employment. El empleador se compromete a notificar de manera expeditiva a la OHO o agencia estatal por teléfono inmediatamente después de enterarse de que unos cultivos se maduran más pronto o más tarde, o que las condiciones climáticas, a través de contratación, u otros factores han cambiado los términos y condiciones de empleo.

The employer, if acting as a farm labor contractor, has a valid farm labor contractor registration certificate.
El empleador, si actúa como contratista de trabajo agrícola, tiene certificado de registro de contratistas de mano de obra agrícola válido.

The employer assures the availability of no cost or public housing which meets applicable Federal and State standards and which is sufficient to house the specified number of workers requested through the clearance system.

El empleador asegura la disponibilidad de vivienda gratis o vivienda pública que cumple con los requisitos aplicables de las normas federales y estatales y que es suficiente para alojar el número especificado de trabajadores solicitaran a través del sistema de sistema de ordenes interestatal e interestatal.
The employer also assures that outreach workers shall have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107.
El empleador también asegura que los trabajadores de outreach tendrán acceso razonable a los trabajadores en la realización de actividades de divulgación de conformidad con 20 CFR 653.107.

Employers Name/Nombre del Empleador ___ Wesley Shane Wade ____ Date/Fecha ___ 12/28/16 ___

Employer's Signature/Firma del Empleador _____

## Attachment of Assurances to ETA 790 OMB Control No '12050134

Item 2: LOCATION AND DIRECTION To WORKSITE(s):

The worksites and directions to Worksites attached.

| Tobacco Lane, Alma, GA - Turn left going west on Hwy. #32 to Market St., then go to Meadow Rd and turn right, then turn right at 4 mobile homes and the fields will be behind them | Beulah Church Road, Alma, GA, FARM #1- Go US highway#1 for about 6 miles, turn left on Plant Rd., go to a dead end, then turn right on Bayberry Rd. that will take you into Millbranch Rd., the fields will be on the right. | Millbranch Road Alma, GA |
|---|---|---|
| Bunton Road Farm, Alma, GA: Farm is ¼ mile further down the road from Beulah Church Rd. farm #1. | Beulah Church Road Farm #2 -Keep going on Millbranch Rd. to the hwy. which will be Beulah Church Rd. Take a left and go approximately ½ mile past Peacock Rd. on the right. Then turn on the 2 Lane rd. to the right, and follow it to the blueberry fields on the right side of the road. | |

In the following County/Counties: Bacon

The directions to the worksite are:
Attached:

Tobacco Lane- Turn left going west on Hwy. #32 to Market St., then go to Meadow Rd and turn right, then turn right at 4 mobile homes and the fields will be behind them.

Beulah Church farm#1- Go US highway#1 for about 6 miles, turn left on Plant Rd., go to a dead end, then turn right on Bayberry Rd. that will take you into Millbranch Rd., the fields will be on the right.

Bunton Rd Farm is ¼ mile from Beulah Church Rd. farm #1.

Beulah Church Farm #2 -Keep going on Millbranch Rd. to the hwy. which will be Beulah Church Rd. Take a left and go approximately ½ mile past Peacock Rd. on the right. Then turn on the 2 Lane rd. to the right, and follow it to the blueberry fields on the right side.

### Item 3: Directions to housing: Attached:
List total number of housing Unit (s) that will be utilized to house total capacity of workers requested on ETA 790, Item 10
Housing Address:

| 120 Dakota Lane    Units 1, 2 & 5 Head south on U.S. 1 turn left on Mimosa Rd. Then turn left onto the 2nd driveway to the left. Alma, GA. 31510 | 204 Caribbean Road    Unit 2 & 2 Barrack style metal buildings Alma, GA 31510 Head north on S Pierce St., turn left onto S. Dixon St., Turn left onto GA-32 Bypass; then turn left onto W. 12th Street. Then turn right onto Caribbean Road from there the housing will be on left. |
|---|---|

### Description of Housing:
120 Dakota Lane, Alma, GA The housing is 3 mobile double wide units with shingle roofing, units A, B, &C. Each unit has 2 showers and 2 toilets. Total square per footage per unit can accommodate up to
204 Caribbean Road, Alma, GA

The sleeping areas will contain bunk beds and single beds with each person's personal storage container near the beds. Housing and utilities are provided at no cost to H2A workers and those workers in corresponding employment who are unable to return to their place of residence the same day. Housing beds, bedding and mattresses will be furnished at no cost to the workers. Housing will be kept in a clean and neat orderly manner. If both male and female workers are hires, separate toilet, shower facilities and sleeping rooms will be provided by the employer.

### Item 11: ANTICIPATED HOURS OF WORK;
7 Hours per day is normal. The worker may be requested but not required to work 7-10 hours per day and/or on the Sabbath or Federal holidays depending upon the conditions in the fields, weather, or maturity of the crop. Possible weekends/holidays.

Workers may be reached at the following address and phone number: 150 Montana Lane, Alma, GA 31510
Workers may be reached at the following address and phone number: 513 Dakota Lane GA 31510; 204
Caribbean Road, Alma, GA 31510    912-816-7827

The employer requests permission for conditional entry into the Interstate and Intrastate Clearance System and assures that the workers housing will be available for inspection and in compliance with applicable Federal Standards not later than 30 days in advance of the date of need reflected on attached ETA 790.

Item 13: BOARD ARRANGEMENTS: (Check appropriate item(s)

__X__ The employer will furnish free and conventional cooking and kitchen facilities so workers may prepare their own meals. Employer will provide (on voluntarily basis) transportation to assure workers access to stores where they can purchase groceries and/or other incidentals.

_____ The employer will provide workers three meals per day and will deduct $___ per day from each worker for meals.

**Item 14: REFERRAL INSTRUCTIONS:** (Include here who an applicant or State Workforce Agency Representative should contact concerning employment and how that person may be reached.)

Employer will accept referrals through the GA Dept. of Labor. Contact Mr. Wade on Mondays between 8AM and 11AM by phone: 912-632-0369 or email: wesley@atc.cc

Applicants, Workforce Agency Personnel, Walk-ins, Gate Hires, etc. may;

X___ Call for an interview during normal business hours at the number listed on the ETA 790 form.

___ Report to the farm office or worksite listed on the ETA 790.

_X_ Other: Employer will accept referrals through the GA Dept. of Labor. Contact Mr. Wade on Mondays between 8AM & 11:00AM by phone: 912-632-0369 or email: wesley@atc.cc

**Item 16: WAGE RATE, SPECIAL PAY INFORMATION AND DEDUCTIONS**

**HOURLY WAGE RATE:**

(a)  The Adverse Effect Wage Rate (AEWR) of $10.59 per hour. Pay the wage that is the highest of the AEWR, the prevailing hourly wage or piece rate, the agreed-upon collective bargaining wage, or the Federal or State minimum wage, except where a special procedure is approved for an occupation or specified class of agricultural employment. The employer assures that if a change in the AEWR requires an increase the guaranteed minimum, such increase will be paid as of the effective date of the increase. If the workers piece rate earnings for a pay period results in average hourly earnings of less than the guaranteed minimum, the worker will be provided make-up pay to the guaranteed minimum rate.

(b)  The following deductions will be made:
   X Taxes, if applicable under Federal, State, and local law from U.S. Workers;

   X FICA Taxes ____FUTA Taxes _X_ Federal Income Tax Withholding

   __ Advances

   __ Meals

   _X_ Willful destruction of property;

   __Other (Specify) Reasonable repair cost of intentional damage will be deducted from workers' pay. No deductions will be made which would bring the employees hourly wage below the Federal Minimum Wage.

(c)  The Employer will not _____X_____ pay the worker a bonus of $ _N/A_

   Based on Quality Picking _____

   End of Season _____   Other _____

   Anticipated date by which payments will be made: _____

(d)  The Employer guarantees to offer the worker employment for a total number of work hours equal to at least three-fourths (3/4) of the work days of the total period beginning with the first workday after the arrival of the worker at the place of employment or the advertised contractual first date of need, whichever is later, and ending on the expiration date specified in the work contract or in its extensions, if any. NOTE: In Act of God terminations, the ¾ guarantee period ends on the date of termination.

(e)  Payroll periods will be: weekly: Workers will be paid on Monday each payroll period and will be provided with an earnings statement which contains at a minimum, the hours worked, total earnings, (piece, rates are used) and all deductions. The statement will comply with 20 CFR 655.122(i)-(m)

(f)  Employer will provide a worker referred through the interstate clearance system 35 hours of work for the week beginning with the anticipated date of need, unless employer has amended the date of need by notifying the order holding office no later than 10 days before the date of need. If the employer fails to notify the order holding office, then the employer shall pay an eligible worker referred through the clearance system $10 per hour for the first week starting with the originally anticipated date of need.

Employer _____ Will not require worker to perform alternative work if the guarantee cited in this section is invoked. The alternative work and pay will be __N/A__

The workers (will not) _____ be engaged in work defined by the U.S. Environmental Protection Agency and/or as required pesticide safety training. If "will" – employer must provide proof of Georgia Department of Agriculture training authorization/certificate marked __N/A___

## Item 17: Transportation and subsistence

Pursuant to DOL regulations 20 CFR 665.122(h) (1) If the employer has not previously advanced such transportation and subsistence costs to the worker or otherwise provided transportation or subsistence directly to the worker by other means and if the worker completed 50% of the work contract period, the employer must pay the worker for reasonable costs incurred by the worker for transportation and subsistence from the place from which the worker has come to work for the employer, whether in the U.S. or abroad to the place of employment.

If prevailing practice of non-H-2A agricultural employers in the occupation in the area to do so, or when the employer extends such benefits to similarly situated H-2A workers, the employer must advance the required transportation and subsistence costs to workers in corresponding employment who are traveling to the employer's worksite. The amount of the transportation payment must be no less than the most economical and reasonable common carrier transportation charges for the distance involved. The amount of the daily subsistence payment must be at least as much as the employer would charge the worker for providing three meals a day but no less than the amount permitted under 655.173 (a). Which is presently $11.86 per day with CONUS maximum meal component $46.00 per day with receipts according to the current DOL Federal Register.

Note: the FLSA applies independently of the H-2A requirements and imposes obligations on employers regarding payments of wages.

655.122(h) (2) If the worker completes the work contract period, or if the employee is terminated without cause, and the worker has no immediate subsequent H-2A employment, the employer must provide or pay for the worker's transportation and daily subsistence from the place of employment to the place which the worker, disregarding intervening employment, departed to work for the employer.

- If the worker has contracted with a subsequent employer has <u>not</u> agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer worksite to subsequent employer worksite, the employer must provide or pay for such expenses.
- If the worker has contracted with a subsequent employer **has agreed** in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer worksite to subsequent employer worksite, the subsequent employer must provide or pay for such expenses.
- The employer is not relieved of providing or paying for return transportation or subsistence if an H-2A worker is displaced as a result employer compliance under 50% rule, per 655.134(d).

655.122(h) (3) The employer must provide transportation between the housing provided or secured by the employer and the employers worksite at no cost to the worker.

655.122 (h) (4) All employer-provided transportation must comply with all applicable Federal, State or local laws and regulations and must provide at a minimum the same transportation safety standard, driver licensure and vehicle insurance as required under 29 USC 1841, and 29 CFR 500.105 and 29 CFR 500.120 to 500.128.

OTHER CLARIFICATIONS AND ASSURANCES:

**TERMINATIONS:** The employer may terminate the worker with notification to the Employment Service if the worker: (a) refuses without justified cause to perform work for which the worker was recruited and hired; (b) commits serious acts of misconduct; or (c) fails, after completing any training or break-in period, to reach production standards when production standards are applicable.

In the event of termination for medical reasons occurring after arrival on the job, or occurring as a result of employment, or in the event of termination resulting from an Act of God, the employer will pay or provide reasonable costs of return transportation and subsistence to the place of recruitment. Additionally, the employer will reimburse worker for reasonable costs of transportation and subsistence incurred by the worker to get to the place of employment.

In accordance with Departmental regulations 20CFR sec. 655.122 (o), if, before the expiration date specified in the work contract, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes the fulfillment of the contract impossible, the employer may terminate the work contract. Whether such an event constitutes a contract impossibility will be determined by the CO. In the event of such termination of a contract, the employer must fulfill a three-fourths guarantee for the time that has elapsed from the start of the work contract to the time of its termination, as described in paragraph (i) (1) of this section. The employer must make efforts to transfer the worker to other comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer must: (1) Return the worker, at the employers expense, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the workers next certified H-2A employer, whichever the worker prefers; (2) Reimburse the worker the full amount of any deductions made from the workers' pay by the employer for transportation and subsistence expenses to the place of employment; and (3) Pay the worker for any costs incurred by the worker for transportation and daily subsistence to the that employers place of employment. Daily subsistence must be computed as set forth in paragraph (h) of this section. The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved."

**EMPLOYER FURNISHED TOOLS AND EQUIPMENT:**
The employer will furnish without costs, all tools, supplies, or equipment required in the performance of work.

**TRAINING:**
Training will be provided: Must have good hand/eye coordination to perform tasks.

**INJURIES:**
The employer will provide Workers Compensation or equivalent employer provided insurance, at no cost to the worker, covering injury and disease arising out of, and in the course of, the worker's employment. Employers proof of insurance coverage will be provided to the ETA office before certification is granted.

**EMPLOYER OBLIGATION IF EMPLOYMENT IS EXTENDED:**
No extension of employment beyond the period of the employment specified in the job order will relieve the employer from paying the wages already earned, or, if specified in the job order as a term of employment providing return transportation or paying return transportation expenses to the worker.

**TERMS AND CONDITIONS CHANGES:** The employer will expeditiously notify the order holding office or State agency by telephone/writing immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over-recruitment, or other factors have changed the terms and conditions of employment.

**OUTREACH WORKERS:**
Outreach workers shall have reasonable access to the worker (s) in the conduct of outreach activities pursuant to 20 CFR 653.107 and 20 CFR 653.501.

**CONTRACT IMPOSSIBILITY:**
In accordance with Department regulations 20 CFR sec. 655.122 (o), "if, before the expiration date specified in the work contract, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes the fulfillment of the contract impossible, the employer may terminate the work contract. Whether such an event constitutes a contract impossibility will be determined by the CO. In the event of such termination of a contract, the employer must fulfill a three-fourths guarantee for the time that has elapsed from the start of the work contract to the time of its termination, as described in paragraph (I) (1) of this section. The employer must make efforts to transfer the worker to their comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer must: (1) Return the worker, at the employers expense, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the workers next certified H-2A employer, whichever the worker prefers: (2) Reimburse the worker the full amount of any deductions made from the workers' pay by the employer for transportation and subsistence expenses to the place of employment; and (3) Pay the worker for any costs incurred by the worker for transportation and daily subsistence to that employers place of employment. Daily subsistence must be computed as set forth in paragraph (h) of this section. The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved.

**TRAINING:**
Training will be provided: Must have good hand/eye coordination to perform tasks.

**PROOF OF RIGHT TO WORK:**
All workers under this order will be required to provide documentation attesting to U.S. citizenship or legal status to work in the U.S.

**AGRICULTURAL WORK AGREEMENT (ETA 790/ATTACHMENTS):**
A copy of the agricultural work agreement contract or the ETA 790 and attachments will be provided to the worker by the employer no later than on the day work commences.

**NUMBER OF WORKERS:**
The employer expects the total number of workers to be used in this occupation to be 12 H-2A workers for which certification is requested, and the balance will be domestic workers. These numbers are estimates as total workforce needs are dependent upon weather, crop conditions and worker availability.

**FIFTY PERCENT RULE:**
From the time the foreign workers depart for the employer's place of employment, the employer must provide employment to any qualified, eligible U.S. worker who applies to the employer until 50% of the period of the work contract has elapsed. Start of the work contract timeline is calculated from the first date of need stated on the application for temporary employment certification under which the foreign workers who is in the job was hired. UNLESS the employer has requested a small business exemption to the 50% rule and the waiver was granted by the DOL Certifying Office.

**OTHER:**
The employer agrees to abide by the regulations at 20 CFR 655.135 Assurances and 20 CFR 653.501.
20 CFR 655.135 (e) The employer must comply with all applicable Federal, State and local laws and regulations, including health and safety laws. Variable weather conditions apply; hours may fluctuate (+/-), possible downtime and/or OT. Employer will comply with applicable Federal, State, local laws pertaining to OT, DOE Reasonable repair cost intentional damage deducted from workers' pay. Employer will furnish the worker on or before each payday workers hours & earnings statements. Earnings records & statements will be available upon request of the worker or worker representative. Workers who voluntarily abandon employment or are terminated for cause & where employer provides timely notification to NPC-DHS, will relieve the employer for subsequent transportation & subsistence costs & the ¾ guarantee. Employer may terminate work contract where services are no longer required for reasons beyond employers control due to fire, weather, or other Acts of GOD; & the assurance that ¾ guarantee will be provided between the start & termination dates, make efforts to transfer worker to other comparable work acceptable to the worker, & if transfer is not viable, provide outbound transport & subsistence. Worker will be provided a copy of the work contract, including modifications, on the day work commences or as soon as practically possible. 1st week wage guarantee: 437.65 Employer is obligated to pay worker(s) for any costs incurred by worker for transportation daily subsistence to the employer's place of employment.

The working conditions will comply with applicable Federal and State minimum wage, child labor, social security, health, and safety, farm labor contractor registration and other employment-related laws. The employer is an Equal Employment Opportunity employer and will offer U.S. workers at least the same opportunities, wages, benefits and working conditions as those which the employer offers or intends to offer to non-immigrant workers.

## CONDICIONES DE TRABAJO Y DE VIDA
## SHILOH BERRY FARMS, LLC

Las siguientes reglas están destinadas a proporcionar normas de conducta que se espera de todos los trabajadores. Violaciones de estas normas o de otro tipo, los requisitos del empleador relacionadas con el trabajo legítimos serán consideradas como motivo para la terminación. Se espera que los trabajadores cumplan con todas las reglas relacionadas a disciplina, asistencia, trabajo de calidad/ cantidad y el cuidado/ mantenimiento de toda la propiedad, incluyendo todas las reglas publicadas de G & R Turner Farms, LLC.

1. El uso de dispositivos electrónicos de teléfono/ celulares no están permitidos en cualquier momento durante las horas de trabajo y son motivo de despido inmediato sin previo aviso.
2. No se permite joyas, relojes, pendientes, anillos del vientre, con excepción de la alianza de boda.
3. Al comenzar una actividad de cultivo por primera vez, el empleador proporcionará instrucciones y el formación en la forma correcta de realizar la actividad de los cultivos. A partir de entonces se espera que el trabajador para realizar la tarea con diligencia las instrucciones.
4. El empleado debe ir al supervisor en el lugar designado para fichar y salir cada día.
5. Los empleados son responsables de mantener el ritmo de su propia tarjeta de trabajo emitido por esta granja. Tiene que ser con el trabajador en todo momento durante las horas de trabajo. La pérdida de la tarjeta está sujeta a un cargo de $5.00 para el reemplazo. Esta tarjeta de trabajo es necesario para la nómina del empleado.
6. Cualquier trabajador que impide repetidamente el progreso del grupo por llegar tarde, salir temprano, el trabajador descuidado, y / o no adherirse a trabajar las normas que se establecen por el empleador o supervisor será advertido verbalmente en la primera ofensa. La segunda ofensa será escrito y firmado por el trabajador y la tercera ofensa será terminación automática.
7. Si un trabajador no se presenta a trabajar en el tiempo designado por 3 días consecutivos de trabajo sin el consentimiento del empleador, el empleador debe tener en cuenta el trabajo abandonado por este empleado. El trabajador debe entender que si abandona su empleo o es despido por causa justificada antes del final del periodo de trabajo que coticen o se muestra en el artículo #7 y 8 se perderá las ¾ garantías y reembolso de ciertos costos de transporte descritos en otras partes esta orden de trabajo. Ausencias y/o tardanzas excesivas, como se define en nuestras reglas de trabajo adjunto a la presente, no puede ser tolerado y puede resultar en la terminación.
8. Cualquier trabajador que amenace verbal o físicamente a otro trabajador, el agricultor o supervisor con cualquier herramienta o arma es despedido inmediatamente.
9. El uso o posesión de bebidas alcohólicas o drogas ilegales está estrictamente prohibido durante el tiempo de trabajo o durante cualquier día de trabajo, antes de que el trabajo se haya completado para el día (por ejemplo, durante las comidas); los trabajadores no deben reportarse al trabajo bajo la influencia de bebidas alcohólicas o drogas ilegales. Loas drogas ilegales no se pueden usar o guardar en ninguna propiedad del patrón, incluyendo la vivienda en cualquier momento. El uso o posesión de drogas ilegales o bebidas alcohólicas, en su defecto, ¡o se niegan a tomar una prueba de drogas será causa de resolución inmediata!
10. Empleador conducirá posibles pruebas de drogas al azar. Si se produce un accidente durante la prueba de drogas horas de trabajo se hará de inmediato. La negación o el fracaso de la prueba de drogas horas de trabajo se hará de inmediato. La negación o el fracaso de la prueba de drogas, resulta en la terminación.
11. Se espera que los trabajadores de la vivienda para mantener su sala de estar con las normas de OSHA tal como fue anunciado.
12. Con la excepción de los trabajadores de la vivienda y el trabajo o área / camp asignados, los trabajadores no se les permite entrar en los locales del empleador sin autorización de la persona a cargo y o en momentos distintos de las horas de trabajo.
13. Los trabajadores no pueden interrumpir otros períodos trabajadores descanso / sueno por el ruido o alboroto excesivo o innecesario.
14. No se permiten Trabajadores huéspedes / clientes durante la noche y el empleador goza de vivienda. Los trabajadores no pueden mostrar cualquier indecente, inmoral o ilegal en cualquier momento en los locales del empleador.
15. Los trabajadores de la vivienda, que las camas están asignados no pueden separar ni mover estas camas.
16. Los trabajadores no deben tirar papeles, latas, botellas u otra basura en los campos la vivienda, o zonas de carga de tabaco.
17. Los trabajadores no deben comenzar a trabajar antes de la hora asignada, ni continuar trabajando después de parar el tiempo menos que sea autorizado por el empleador o supervisor.
18. Los trabajadores no deben tomar descansos que no son autorizados. No se puede salir del campo o área de trabajo asignado sin permiso del empleador o supervisor.
19. Los trabajadores serán proporcionados herramientas y equipo sin costo algún por el empresario para realizar las tareas o puestos de trabajo en esta granja. Por lo tanto, los trabajadores tendrán que pagar por los danos intencionales o perdida de cualquiera de tales herramientas, equipo y / o vivienda. Los empleados no pueden llevar a otras herramientas y / o equipos de diferentes granjas. Será causa de resolución inmediata.
20. El empleado no puedo deliberadamente obtuso o destruir las maquinas, equipos, herramientas y otros bienes pertenecientes al empleador o a otros empleados.
21. Los trabajadores no pueden participar en cualquier tipo de actividades, como los siguientes, payasadas, forcejeos, tirar las cosas, perder el tiempo, o merodear durante horas de trabajo.
22. Los empleados no pueden publicar o eliminar cualquier letrero, avisos, y otras instrucciones de la propiedad del empleador.
23. Los empleados pueden ser despedidos si roban de otros trabajadores o el empleador.
24. No se permiten armas de fuego y otras armas en las instalaciones del empleador en cualquier momento. Encontrar tal es motivo de despido inmediato sin previo aviso.
25. La lucha es motivo de despido inmediato, y no está permitido por el empleador en las instalaciones de la granja; esto incluye el área de vivienda, así.
26. ¡No se permiten niños en los campos o VIVIENDA EN CUALQUIER MOMENTO!!

**EL INCUMPLIMIENTO DE LAS NORMAS DE TRABAJO POR ENCIMA DE ESTA GRANJA/EMPRESA PUEDE RESULTAR EN LA TERMINACION DESCARGA!**

## WORKING & LIVING CONDITIONS
## SHILOH BERRY FARMS, LLC

The following rules are intended to provide standards of conduct that is expected of all workers. Violations of these rules or other lawful job related employer requirements will be considered grounds for termination. Workers are expected to comply with ALL rules related to discipline, attendance, work quality, quantity, and the care maintenance of all property, including all posted rules of Shiloh Berry Farms, LLC.

1. Usages of cell phones/electronic devices are not permitted at any time during working hours, and are grounds for immediate termination without warnings.

2. No jewelry, bracelets, watches, earrings, belly rings, except wedding bands are allowed.

3. When beginning a crop activity for the first time, the employer will provide instructions and/or training in the proper way to perform the crop activity. Thereafter the worker will be expected to perform the task with diligence as instructed. Employee will be provided 2 days of training, if after 2 days they are not capable of keeping up with the other workers the employer has the right to release them from work.

4. Employees must go to the supervisor at the designated place for clocking in and out each day.

5. The employees are responsible for keeping up with their own work card that is issued by this farm; it must be with the worker always during working hours. Loss of card is subject to a $5.00 charge for replacement. This job card is necessary for the employee's payroll.

6. Any worker who repeatedly impedes the progress of the group by tardiness, leaving early, sloppy work or not adhering to work standards that are set by employer or supervisor will be verbally warned on first offense will be automatic termination.

7. If a worker fails to report to work at the designated time for 3 consecutive working days without the consent of the employer. The employer must consider the job abandoned by this employee. The worker must understand that if he abandons his employment or is terminated for cause prior to the end of the period of employment listed or shown in item #7 & 8 he will forfeit the ¾ guarantees and reimbursement of certain transportation costs described elsewhere in this job order. Excessive absences and/or tardiness, as defined in our work rules attached hereto, cannot be tolerated, and may result in termination.

8. Any worker who verbally or physically threatens another worker, the farmer, or supervisor with any tool or weapon is subject to immediate discharge.

9. Use or possession of alcoholic beverages or illegal drugs is strictly prohibited during work time or during any workday, before work is completed for the day (such as during meals); workers may not report for work under the influence of alcoholic beverages or illegal drugs. Illegal drugs may not be used or kept on any employer premises, including housing at any time. Use or possession of illegal drugs or alcoholic beverages, failing or refusing to take a drug test will be cause for immediate termination!

10. Employer will conduct possible random drug testing. If accident occurs during work hours' drug test will be done immediately. Denial or failure of drug test results in termination of employment.

11. Workers in housing are expected to maintain their living area to OSHA standards as posted.

12. Except for the workers assigned housing and or work area/field, workers are not allowed to enter employer's premises without authorization by the person in charge and or at times other than working hours.

13. Workers may not interrupt other workers rest/sleep periods by excessive or unnecessary noise or commotion.

14. Workers are not allowed overnight guests in employer provided housing. Workers may not show any indecent, immoral, or illegal conduct at any time on the employer's premises. Any visitor is required to be approved by the employer.

15. Workers in housing, that are assigned beds may not separate nor move these beds.

16. Workers may not drop paper, cans bottle or other trash in fields, housing or tobacco loading area. Trash and waste receptacles must be used. Throwing of trash in fields, housing areas or unloading areas is prohibited. No glass of any type will be allowed on the premises, especially within proximity to any tobacco field.

17. Workers may not begin work prior to the scheduled starting time or continue working after stopping time unless authorized by the employer or supervisor.

18. Workers may not take unauthorized breaks from work. They may not leave the fields or assigned work area without permission of supervisor or employer.

19. Workers will be provided tools and equipment at no cost, by the employer to perform the tasks or jobs on this farm. Therefore, workers will be charged any willful damage to or loss of any such tools, equipment, and/or housing. Employees may not bring other tools and/or equipment form different farms. This will be cause for immediate termination.

20. Workers may not engage in any type of activities such as the following: horseplay, scuffling, throwing things, wasting time, or loitering during work hours.

21. Employees may not post or remove any signs, notices, or other instructions from the employer's property.

22. Employees may be discharged if they steal from other workers or the employer.

23. No firearms or other weapons are allowed on the employer's premises at any time. Finding such is grounds for IMMEDIATE TERMINATION WITHOUT WARNING.

24. Fighting is cause for immediate discharge, and is not allowed by the employer on the premises of this farm; this includes housing premises as well.

25. NO CHILDREN ARE ALLOWED IN THE FIELDS OR HOUSING AT ANY TIME!!!

**FAILURE TO COMPLY WITH THE ABOVE WORK RULES FOR THIS FARM/COMPANY MAY RESULT IN IMMEDIATE TERMINATION/DISCHARGE**

Go gle Maps

Flash Foods to 120 Dakota Lane, Alma, GA 31510 - Google Maps

### Flash Foods 938 South Pierce Street, Alma to 120 Dakota Lane, Alma, GA 31510 Drive 3.0 miles, 4 min

120 Dakota Lane Units A, B, C

## Flash Foods
938 South Pierce Street, Alma, GA 31510

⬆ 1. Head south on US-1 S/US-23 S/S Pierce St toward W Floyd St  ⓘ Continue to follow US-1 S/US-23 S

2.9 mi

↰   2.   Turn left onto Mimosa Rd
The housing will be on the 2nd driveway to the left

0.1 mi

## 120 Dakota Lane, Alma, GA 31510

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

204 Caribbean Road, Alma, GA Housing

Go  gle Maps

Flash Foods to Caribbean Rd, Alma, GA 31510                    Drive 3.6 miles, 6 min

204 Caribbean Road, Alma, GA Housing

## Flash Foods
938 South Pierce Street, Alma, GA 31510

⬆   1.   Head north on S Pierce St

92 ft

↰   2.   Turn left onto S Dixon St

0.6 mi

↰   3.   Turn left onto GA-32 Bypass

0.5 mi

↰   4.   Turn left onto W 12th St

1.9 mi

↱   5.   Turn right onto Caribbean Rd

0.6 mi

## Caribbean Road
Alma, GA 31510

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Go gle Maps    123 Peachtree Rd, Alma, GA 31510 to Tobacco Lane,     Drive 3.5 miles, 7 min Alma, GA
31510

Tobacco Lane Farms

## 123 Peachtree Road
Alma, GA 31510

↑  1.    Head north on Peachtree Rd toward Sweetgum Rd

449 ft

↱  2.    Turn right onto Sweetgum Rd

430 ft

↰  3.    Turn left at the 1st cross street onto US-1 N/US-23 N

2.7 mi

↰  4.    Turn left onto W Floyd St

0.5 mi

↱  5.    Turn right onto State Rte 64
         Fields will be behind 4 mobile homes

0.2 mi

## 128-100 Tobacco Lane- End
Alma, GA 31510

These directions are for planning purposes only. You may find that construction projects, traffic, weather,
or other events may cause conditions to differ from the map results, and you should plan your route
accordingly. You must obey all signs or notices regarding your route.

Go gle Maps   123 Peachtree Rd, Alma, GA 31510 to Bayberry Rd, Drive 6.0 miles, 9 min Alma, GA 31510

Beulah Church Road Farm #1

## 123 Peachtree Road
Alma, GA 31510

↑   1.   Head north on Peachtree Rd toward Sweetgum Rd

449 ft

↱   2.   Turn right onto Sweetgum Rd

430 ft

↱   3.   Turn right at the 1st cross street onto US-1 S/US-23 S

5.0 mi

↰   4.   Turn left onto Plant Rd

0.6 mi

↱   5.   Turn right onto Bayberry Rd
        ⓘ Destination will be on the right
        Bayberry road will take you into Millbranch Road the fields will be on the right

0.2 mi

## Bayberry Road – Millbranch Rd- End
Alma, GA 31510

These directions are for planning purposes only. You may find that construction projects, traffic,
weather, or other events may cause conditions to differ from the map results, and you should plan your
route accordingly. You must obey all signs or notices regarding your route.

Go gle Maps    123 Peachtree Road, Alma, GA to Mill Branch Rd,    Drive 6.4 miles, 10 min Alma, GA 31503

Millbranch Farm

Alma, GA 31510

↑  1.    Head north on Peachtree Rd toward Sweetgum Rd

449 ft

↱  2.    Turn right onto Sweetgum Rd

430 ft

↱  3.    Turn right at the 1st cross street onto US-1 S/US-23 S

5.0 mi

↰  4.    Turn left onto Plant Rd

0.6 mi

↱  5.    Turn right onto Bayberry Rd

0.3 mi

↰  6.    Turn left toward Mill Branch Rd

0.2 mi

↑  7.    Continue onto Mill Branch Rd
        ⓘ Destination will be on the right
   Fields will be on the right

0.2 mi

Mill Branch Road - End

Go  gle Maps   **123 Peachtree Road, Alma, GA to Bunton Rd, Alma, Drive 7.1 miles, 12 min GA 31510**

Bunton Road Farms      **123 Peachtree Road,** Alma, GA 31510

Take Peachtree Rd to US-1 S/US-23 S

44 s (0.2 mi)

↑   1.    Head north on Peachtree Rd toward Sweetgum Rd

449 ft

↱   2.    Turn right onto Sweetgum Rd

430 ft

↱   3.    Turn right at the 1st cross street onto US-1 S/US-23 S

5 min (5.0 mi)

Continue on Plant Rd. Take Mill Branch Rd to Bunton Rd in Pierce County

6 min (1.9 mi)

↰   4.    Turn left onto Plant Rd

0.6 mi

↱   5.    Turn right onto Bayberry Rd

0.3 mi

↰   6.    Turn left toward Mill Branch Rd

0.2 mi

↑   7.    Continue onto Mill Branch Rd

0.6 mi

↱   8.    Turn right onto Bunton Rd
Fields will be on the left

0.3 mi

Bunton Road- End