# EXHIBIT C

**AGRICULTURAL CONTRACT AGREEMENT/CONTRATO DE TRABAJO AGRICOLA**

Employee agrees to diligently and faithfully perform all the assigned duties within the job description.
Empleado diligente y fielmente se compromete a realizar todas las tareas asignadas dentro de la descripción del puesto de trabajo.

Employer/ Empleador: Shiloh Berry Farms, Inc.
Employer Address, Dirección del empleador: 150 Montana Lane, Alma, Ga. 31510

Employee Name
Nombre del Empleado [redacted]

Permanent Address
Dirección Permanente [redacted]

City, State, Zip, Country
Ciudad, Estado, Código Postal, País [redacted]

Telephone
Teléfono [redacted]

Do you have three months of harvesting experience ?
¿Tienes tres meses de experiencia en la cosecha? ( X ) Yes/Si ( ) No

Are you able to complete the work contract 03/15/17 to 06/15/17?
Eres capaz de completar el contrato de trabajo del 03/15/17 to 06/15/17? (X ) Yes/Si ( ) No

Can you work Monday-Saturday8:00 am-4:30 pm ?
Se puede trabajar de lunes a Sabado 8:00 am-4:30 pm ? ( X ) Yes/Si ( ) No

Can you provide documents that prove legal authority to work in the USA?
Puede proporcionar documentos que prueban autoridad legal para trabajar en USA? ( X ) Yes/Si ( ) No

Place of Recruitment/Lugar de Reclutamiento
( ) Georgia ( X ) Mexico ( ) Guatemala ( ) Other/Otro ____________________

Wages/Salario
10.62/hour. See ETA-790 for piece rates. Mire ETA-790 por pago por piezas.

Area of Employment/Area de Empleo: Alma, GA
Period of Employment/Periodo de Empleo: 03/15/17 to 06/15/17
The employee understands that if she/he is terminated for cause prior to completion of the employment period, she/he may not be rehire in the future, unless that the termination is a mutual agreement between the employer and employee.
Violation of work rules or other lawful job requirements will be considered grounds for termination. In cases of less serious violations, workers may be suspended from work without pay for up to three days. Workers are expected to comply with all rules related to discipline, attendance, work quality and quantity and the care and maintenance of tools, property and housing.
Employer is required to notify the Department of Labor and the Department of Homeland Security of job abandonment or termination of employment.

El empleado entiende que si él/ella es terminada por causa antes de la finalización del período de empleo, él/ella no podrán volver a contratar en el futuro, a menos que la terminación es un acuerdo mutuo entre el empleador y el empleado.
Violación de normas de trabajo u otros requisitos de trabajo legal será considerada motivo de rescisión. En los casos de infracciones menos graves, los trabajadores pueden ser suspendidos de su trabajo sin pagar por hasta tres días. Se espera que los trabajadores cumplen con todas las normas relativas a la disciplina, la asistencia, la calidad y la cantidad de trabajo y el cuidado y mantenimiento de las herramientas, la propiedad y la vivienda.
El empleador está obligado a notificar al Departamento de Trabajo y el Departamento de Seguridad Nacional de abandono del trabajo o terminación de empleo

Date employee was provided a copy of the work contract
Fecha en que al empleado se le entregó una copia del contrato de trabajo 01/04/2017

Employee Signature/Firma del Empleado: [redacted]

# REGLAS DE TRABAJO

Las siguientes reglas tienen por objeto proporcionar normas de conducta que se espera de los trabajadores empleados en virtud de este contrato. Violaciones de estas normas u otros requisitos empresariales legales, relacionados con el trabajo serán consideradas como motivo para la terminación. En los casos de menor gravedad infracciones, sanciones como la suspensión sin goce de sueldo durante un máximo de tres (3) serán impuestas días. Se espera que **TODOS** los trabajadores cumplan con todas las reglas relacionadas con la disciplina, la asistencia, la calidad del trabajo / cantidad y el cuidado / mantenimiento de toda la propiedad.

1. Los trabajadores que realizan trabajos fraudulenta / descuidado, tal como se define en la sección 3-h, especificaciones de empleo, serán suspendidos sin goce de sueldo por el resto de la jornada laboral o hasta tres (3) días en base a la consideración del supervisor del grado de la infracción, el registro anterior del trabajador y otros factores pertinentes, infracciones subsiguientes pueden resultar en la terminación / descarga.

2. No se permite ningún uso o posesión de alcohol o drogas ilegales durante el tiempo de trabajo o durante cualquier día o antes que el trabajo se ha completado para ese día (por ejemplo, durante periodos de comida y descanso). Los trabajadores no pueden presentarse a trabajar bajo la influencia se alcohol o drogas ilegales. Las drogas ilegales no se pueden usar ni mantener en los locales del empleador.

3. No se permitirán ausencias excesivas o tardanzas. La ausencia excesiva es de tres días consecutivos de ausencia injustificada o cinco ausencias injustificadas en un periodo de 30 días.

4. Los trabajadores que viven en el patrono dentro de la vivienda que se asignan literas no pueden separarse ni mover literas.

5. Los trabajadores que viven en la vivienda proporcionada por el empleador no pueden cocinar en los dormitorios o en cualquier área de cocina no dormir.

6. Los trabajadores no pueden repetir el papel de la gota, latas, botellas u otra basura en los campos, empacadoras o áreas de vivienda. Basura y desperdicio deben ser utilizados.

7. Con la excepción de la vivienda asignada al trabajador y / o área / ámbito de trabajo, los trabajadores no pueden entrar en los locales del empleador y sin la autorización de la persona a cargo.

8. Con la excepción de la vivienda asignada al trabajador, los trabajadores no pueden entrar en los locales del empleador a otros que durante horas está previsto que el empleado trabaje horas

9. Los trabajadores no deben comenzar a trabajar antes de la hora asignada, ni continuar trabajando después de la hora menos que sea autorizado por el empleador.

10. Los trabajadores no pueden abusar de / extender los periodos de descanso que se pueden ofrecer o tomar descansos no autorizados trabajo.

11. Los trabajadores no pueden restringir deliberadamente la producción.

12. Los trabajadores no pueden participar en juegos violentos, forcejeos, tirar cosas, perder el tiempo o merodear durante horas de trabajo. Los trabajadores pueden ser despedidos por cualquier pelea en los locales del empleador en cualquier momento.

13. Los trabajadores no pueden publicar ni eliminar ningún aviso, señales u otras instrucciones de la propiedad del empleador.

14. Los trabajadores pueden ser despedidos si se roba a otro trabajador o del empleador.

15. Los trabajadores no pueden falsificar personal, médicos, de producción u otros documentos relacionados con el trabajo.

16. Los trabajadores no deben intencionalmente abusar o destruir cualquier maquinaria, equipo, herramientas u otros bienes pertenecientes al empleador o a otros empleados.

17. Los trabajadores no pueden interrumpir otros trabajadores de descanso / sueño periodos por ruido o alboroto excesivo o innecesario.

18. Los trabajadores no pueden tener invitados en la vivienda proporcionada por el empleador después de las 10: 00 horas, excepto el sábado, no pasando 12: 00 de la noche. Los trabajadores y/ o sus invitados no podrán participar en una conducta indecente, inmoral o ilegal en cualquier momento en los locales del empleador.

19. Incumplimiento de las instrucciones repetidas, obedecer los requisitos de seguridad, equipos y vehículos instrucciones de operación pueden resultar en la terminación.

20. Cualquier trabajador que impide repetidamente el progreso del grupo por llegar tarde, salir temprano, la adhesión a los estándares laxos o manipulación brusca de los productos puede ser terminado.

21. Cualquier trabajador que se niegue asistir al trabajo durante 4 días consecutivos sin una excusa adecuada (por ejemplo, enfermedad, muerte en la familia) puede ser terminado.

22. No hay armas de fuego u otras armas pueden ser introducidas en los locales del empleador **EN CUALQUIER MOMENTO.**

**EL INCUMPLIMIENTO DE LAS NORMAS LABORALES ANTERIORES PUEDE RESULTAR EN FIN / DESCARGA. SI NO ENTIENDE ALGUNA DE LAS NORMAS ANTERIORES, PREGUNTE A SU EMPLEADOR PARA OBTENER UNA EXPLICACION.**

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797B, Notice of Action

THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type |
|---|---|---|
| WAC1710351036 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Receipt Date | Priority Date | Petitioner |
| 03/02/2017 | | SHILOH BERRY FARMS INC |
| Notice Date | Page | Beneficiary |
| 03/08/2017 | 1 of 2 | ONE HUNDRED FORTY EIGHT, UNNAMED WORKERS |

SHILOH BERRY FARMS INC
c/o WESLEY WADE
150 MONTANA LN
ALMA, GA 31510

Notice Type: Approval Notice
Class: H2A
Valid from 03/15/2017 to 06/15/2017
Consulate: GUATEMALA CITY

The above petition has been approved and notification has been sent to the listed consulate. You may also send the tear-off bottom part of this notice to the worker(s) to show the approval. Please contact the consulate with any questions about visa issuance. THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

Petition approval does not authorize employment or training. When the workers are granted status upon admission to the United States, they can then work for the petitioner, but only as detailed in the petition and for the period authorized. When seeking admission to the United States, the following classifications may be eligible for a grace period of up to 10 days before, and up to 10 days after the petition validity period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may be eligible for a grace period of up to one week before and 30 days after the petition validity period. If provided at admission, this grace period will be annotated on the beneficiary's I-94 by Customs and Border Protection (CBP). The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. Please contact the IRS with any questions about tax withholdings.

If circumstances change, the petitioner can file Form I-824 to have us notify another consulate of this approval. If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition. Changes in employment or training may also require a new petition. Include a copy of this notice with any other required documentation.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

Number of workers: 148

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
Customer Service Telephone: (800) 375-5283

Please tear off portion below and forward it to the alien worker.

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

Receipt#: WAC1710351036
Notice Date: March 08, 2017
Case Type: I129
Petitioner: SHILOH BERRY FARMS INC
Petitioner Validity Dates: Valid from 03/15/2017 to 06/15/2017
Number of Workers: 148

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| UNNAMED | | | H2A | GUATEMALA CITY | 500 |

Form I-797B (Rev. 10/31/05) N



U.S. Department Labor
Employment and Training Administration

OMB Control No. 1205-0134 Expiration Date: March 31, 2019

**Agricultural and Food Processing Clearance Order ETA Form 790**
**Orden de Empleo para Obreros/Trabajadores Agrícolas y Procesamiento de Alimentos**

(Print or type in each field block – To include additional information, go to block # 28 – Please follow Step-By-Step Instructions)
(Favor de usar letra de molde en la solicitud – Para incluir información adicional vea el punto # 28 – Favor de seguir las instrucciones paso-a-paso)

1. Employer's and/or Agent's Name and Address (Number, Street, City, State and Zip Code / Nombre y Dirección del Empleador/Patrón y/o Agente (Número, Calle, Ciudad, Estado y Código Postal):
Agent: GM International Consultants
5195 Jimmy Carter Blvd. Suite 202
Norcross GA, 30093

Employer: Shiloh Berry Farms, Inc.
150 Montana Lane, Alma, Ga. 31510

a) Federal Employer Identification Number (FEIN) / Número federal de Identificación del Empleador: [redacted]

b) Telephone Number / Número de Teléfono: 912-632-0369
c) Fax Number / Número de Fax:912-632-0369

d) E-mail Address / Dirección de Correo Electrónico:

Nos 4 through 8 for STATE USE ONLY
Números 4 a 8 para USO ESTATAL

4. SOC (O*NET/OES) Occupational Code / Código Industrial: 45-2092.02

a. SOC (ONET/OES) Occupational Title / Título Ocupacional
Farmworkers & Laborers

5. Job Order No. / Num. de Orden de Empleo: 965286154

6. Address of Order Holding Office (inclu... de la Oficina donde se radico la oferta (i... 148 A. Y. Int'l Blvd. # 450 Atlanta, GA 30303

a. Name of Local Office Representative (include direct dial telephone number) / Nombre del Representante de l... de teléfono de su línea directa). Agriculture Services 404-232-3500

2. Address and Directions to Work Site / Domicilio y Direcciones al lugar de trabajo: 128-100 Tobacco Lane, Alma Ga. 31510
3137 Beulah Church Rd. Alma Ga. 31510, Bunton Rd. Alma, Ga. 31510
Millbranch Rd. Alma, Ga. 31510

Tobacco Lane- Turn left going west on Hwy. #32 to Market St., then go to Meadow Rd and turn right, then turn right at 4 mobile homes and the fields will be behind them.
Beulah Church farm#1- Go US highway#1 for about 6 miles, turn left on Plant Rd., go to a dead end, then turn right on Bayberry Rd. that will take you into Millbranch Rd., the fields will be on the right.
Bunton Rd Farm is ¼ mile from Beulah Church Rd. farm #1.
Beulah Church Farm #2 -Keep going on Millibranch Rd. to the hwy. which will be Beulah Church Rd. Take a left and go approximately ½ mile past Peacock Rd. on the right. Then turn on the 2 Lane rd. to the right, and follow it to the blueberry fields on the right side.
Employer owns and/o control all worksites listed in the ETA-790 & attachments

7. Clearance Order Issue Date / Fecha de Emisión de la Orden de Empleo: 1-9-17

8. Job Order Expiration Date / Fecha de Vencimiento o Expiración de la Orden de Empleo: 4-15-17

9. Anticipated Period of Employment / Periodo anticipado o previsto de Empleo:

From / Desde: 03/15/2017 To / Hasta: 06/15/2017

10. Number of Workers Requested I Número de Trabajadores Solicitados: **148**

3. Address and Directions to Housing / Domicilio y Direcciones al lugar de vivienda: 120 Dakota Lane, Alma Ga. 31510
Go South on U.S. hwy. #1 to Mimosa Rd. and turn left, then go ¼ mile and Dakota Lane is on the left.
125 Caribbean Rd. Alma Ga. 31510
Go West on Hwy #32 until you get to Industrial Drive, then turn right. After the 4 lane turns into 2 lanes the gate will be on the left to Caribbean Rd.

a) Description of Housing / Descripción de la vivienda
120 Dakota Lane- 3 mobile double wide units 1, 2, &5.
Caribbean Rd.- 2 barracks, Units A&B metal/vinyl buildings with tin roofs.

11. Anticipated Hours of Work per Week / Horas Anticipadas/Previstas de Trabajo por Semana. Total: 35

Sunday I Domingo____
Monday / Lunes 7
Tuesday / Martes 7
Wednesday / Miércoles 7
Thursday /Jueves 7
Friday I Viernes 7
Saturday / Sábado 7

12. Anticipated range of hours for different seasonal activities: / Rango previsto de horas par alas diferentes actividades de la temporada:

Possible weekly/daily hours: 35-60+; 8:00 am-4:30 pm.

13. Collect Calls Accepted from: / Aceptan Llamadas por Cobrar de:

Employer / Empleador: Yes / Si No X

RECEIVED
Georgia Dept of Labor
DEC 30 2016
Alien Labor Certification
Workforce Solutions

17. Wage Rates, Special Pay Information and Deductions / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)

| Crop Activities Blueberries | Hourly Wage/ $10.62 | Piece Rate / Unit(s) $.50 lb | Special Pay (Bonus, etc) | Deductions* | Yes/ Si | No | Pay Period / |
|---|---|---|---|---|---|---|---|
| Cultivos Arandonas/Blueberries | Salario por Hora $10.62 | Pago por Pieza / Unidad(es) $.50 lb/libra | Pagos Especiales (Bono, etc.) | Deducciones | | | Periodo de Pago |
| | | | | Social Security / Seguro Social | X | | Weekly / Semanal |
| | | | | Federal Tax / Impuestos Federales | X | | X Friday |
| | $ | $ | | Statel Tax / Impuestos Estadales | X | | Bi-weekly/ Quincenal |
| | $ | $ | | Meals / Comidas | | X | |
| | $ | $ | | Other (specify) / Otro (especifica) | | X | Monthly/Mensual |
| | | | | | | | Other/Otro |

18. More Details About the Pay / Mas Detalles Sobre el Pago:
Wage(s) is the highest of the AEWR, the prevailing hourly or piece rate, the agreed-upon collective bargaining wage, or the Federal or State minimum wage. Wage is not based on commission, bonuses, or other incentives
Employer will make all deductions from the worker's paycheck required by law and any deduction approved by worker. Employer will provide U.S. workers the number of hours of work identified on the job order (item #11) for the week beginning with the anticipated start date of need (item #9), unless an amendment to the start date is approved
First Work Week Guarantee. Employer offer the worker employment for a total number of work hours equal to at least three-fourths of the workdays of the total work contract period
Earnings Records and Statements. Employer will furnish the worker on or before each payday writing hours and earnings statements meeting the regulatory requirements at 20 CFR 655.122(k)
All earnings records and statements will be available for inspection or transcription by the Secretary or a duly authorized and designated representative, and by the worker and representatives designated by the worker. Variable weather/crop conditions may apply; hours may fluctuate (+/-), possible downtime and/or extended hours.

19. Transportation Arrangements / Arreglos de Transportación
Reimbursement for inbound transportation and subsistence costs from the place the worker has come to work, whether in the U.S. or abroad, to the place of employment will be paid to the worker upon completion of 50% of work contract period. Transportation/daily subsistence reimbursed @ 12.09 to a maximum of $51.00 per day with receipts for costs incurred for reporting to worksite with corresponding pay stub, *if the worker completes half the employment period.*
Transportation between housing and worksite will be provided daily at no cost to the worker
Outbound transportation and subsistence will be provided /paid by the employer where the worker completes the work contract period, or is terminated without cause, and no subsequent H-2A employment is available. DHS, will relieve employer for subsequent transport & subsistence costs & the 3/4 guarantee as defined: 20 CFR 655.122(n).
Transportation between housing and work site will be provided daily at no cost to worker.

20. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, and/or pay workers for this (these) crop activity (ies)? / ¿Es la práctica habitual usar Contratistas de Trabajo Agrícola para reclutar, supervisar, transportar, dar vivienda, y/o pagarle a los trabajadores para este(os) tipo(s) de cosecha(s)? Yes / Si X No
If you have checked yes, what is the FLC wage for each activity? / Si contesto "Si," cuál es el salario que le paga al Contratista de Trabajo Agrícola por cada actividad?

21 Are workers covered for Unemployment Insurance? / ¿Se le proporcionan Seguro de Desempleo a los trabajadores? __ Yes/Si X No